IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 06-cv-01101-LTB-MJW

COLORADO GAS COMPRESSION, INC.,
and JAMES F. HOLMES,

Petitioners,

v.

UNITED STATES OF AMERICA,

Respondent.

_____

ORDER
_____

On October 26, 2006, I granted a motion by the Government to deny a petition of Colorado Gas Compression, Inc. ("Colorado Gas") and James Holmes to quash a summons issued to Mr. Holmes by the Internal Revenue Service ("IRS").  Mr. Holmes now moves for an order staying enforcement of the summons pending appeal.  He argues that he will be irreparably harmed, and his appeal will be moot, if he is compelled to produce the documents the IRS seeks.  He cites no authority in support of his request.

I agree with the Government that Mr. Holmes has failed to demonstrate: 1) a strong showing that he is likely to succeed on appeal, 2) irreparable injury absent a stay, 3) that issuance of a stay will not harm the Government, and 4) no harm to the public interest.  *F.T.C. v. Mainstream Marketing Services, Inc.*, 345 F.3d 850, 852 (10th Cir. 2003).  Indeed, the only factor Mr. Holmes has addressed is the harm he anticipates suffering.  However, as the Supreme Court has determined, compliance with an IRS summons does not moot an appeal because an order can

issue, if appropriate after reversal, that the documents be returned or destroyed. *Church of Scientology of California v. United States*, 506 U.S. 9, 13, 113 S. Ct. 447, 121 L. Ed. 2d 313 (1992).

Accordingly, it is ORDERED that Mr. Holmes' motion to stay [#15] is DENIED.

Dated: December  8 , 2006, in Denver, Colorado.

                                              BY THE COURT:

                                                s/Lewis T. Babcock  
                                              Lewis T. Babcock, Chief Judge